﻿Citation Nr: AXXXXXXXX
Decision Date: 06/30/20 Archive Date: 06/30/20

DOCKET NO. 200220-66408
DATE: June 30, 2020

REMANDED

Entitlement to retroactive benefits in the amount of 3,138.58 dollars is remanded.

REASONS FOR REMAND

The Veteran served on active duty from September 2000 to January 2001, from March 2004 to August 2005, and from July to November 2009. The Veteran had a period of Active Duty for Special Work (ADSW) from June 2010 to November 2011. The Veteran had active duty for training from March to October 2003, April to August 2007, and July to November 2009.

This appeal stems from a January 2019 decision. The appeal is under the provisions of the Veterans Appeals Improvement and Modernization Act, Pub. L. No. 115-55, 131 Stat. 1105 (2017), also known as the Appeals Modernization Act (AMA). This law creates a new framework for veterans dissatisfied with a Department of Veterans Affairs (VA) decision to seek review. In February 2020, the Veteran elected the modernized review system by submitting a Decision Review Request: Board Appeal (Notice of Disagreement (NOD)) Form 10182. 38 C.F.R. § 19.2(d). The Veteran selected direct review by a Veterans Law Judge without a hearing. 

1. Calculation of benefits awarded

The Veteran contends, when his Post 9/11 GI Bill (PGIB) assistance benefits were calculated there was an underpayment to the Veteran in the amount of 3,138.58 dollars.

On his NOD, the Veteran stated that the January 30, 2020 decision (a letter) shorted the Veteran 3,138.58 dollars based on the calculations of the September 21, 2018 decision (also a letter). It is argued that the AOJ is estopped based on the calculations used in the September 21, 2018 decision letter awarding 34,113.65 dollars in retroactive entitlements. The decision letter dated January 30, 2020 used a different method to calculate the awarded 30,975.07 dollars in retroactive entitlements. 

The Board notes that the Veteran submitted additional evidence with the NOD, but these cannot be considered, as the Veteran selected direct review. The only two relevant pieces of evidence – the September 2018 letter and the January 2020 letter – were not part of the evidence of record on January 30, 2020, when VA calculated these benefits. Instead, the only evidence of these two letters is the Veteran’s submission of them with his NOD after January 30, 2020. 

Under the AMA, the Board shall remand the appeal to the Agency of Original Jurisdiction (AOJ) for correction of an error on the part of the AOJ to satisfy its duties, if the error occurred prior to the date of the decision on appeal. 38 C.F.R. § 20.802. 

Regarding the claim, there is a pre-decisional, duty-to-assist error and it is permissible for the Board to correct it before deciding the claim. Specifically, the AOJ failed to include in the evidence of record either a September 2018 letter or a January 2020 letter calculating benefits. The failure of the Regional Office to include the relevant documents is a duty to assist error.

The matters are REMANDED for the following action:

Associate with the evidence of record two letters dated September 21, 2018 and January 30, 2020 calculating Post 9/11 GI Bill (PGIB) assistance benefits. (It is suggested that the AOJ make a determination as to which calculation is correct and explain the reasoning.)

 

 

H. N. SCHWARTZ

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board P. Yoffe, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.